1  DAVINA PUJARI (State Bar No. 183407; dp@bcltlaw.com)
   BARG COFFIN LEWIS & TRAPP, LLP
2  350 California Street, 22nd Floor
   San Francisco, California 94104-1435
3  Telephone:  (415) 228-5400
   Fax:           (415) 228-5450
4
   Attorney for Defendant
5  MICHAEL WARREN JR.

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,         | No. CR 12-00545 JSW (LB)
13 |         Plaintiff,                | STIPULATION AND [PROPOSED]
   |                                   | ORDER TO MODIFY CONDITIONS OF
14 |   v.                              | RELEASE
15 | MICHAEL WARREN JR.,               |
16 |         Defendant.                |

17

18      On August 10, 2012, defendant Michael Warren, Jr. was released on a $100,000

19 unsecured bond.  Initially, Mr. Warren was permitted to leave his residence for court

20 appearances, attorney appointments, treatment services, approved medical appointments and

21 employment.  Since his release, Mr. Warren's bond conditions have been modified as follows:

22   • On November 8, 2012, the Court modified Mr. Warren's conditions of release to permit

23     Mr. Warren to leave his residence for activities approved by Pretrial Services.

24   • On December 17, 2012, the Court modified Mr. Warren's conditions of release to permit

25     Mr. Warren to leave his residence daily between the hours of 5:00 a.m. and 10:00 p.m.

26   • On January 24, 2013, the Court modified Mr. Warren's conditions of release to remove

27     the location monitoring special bond condition.

28 ///

Mr. Warren is an iron worker and has been offered work on a construction project in Davis, California (in the Eastern District of California). His current conditions of release restrict his travel to within the Northern District of California. Thus, Mr. Warren comes before the Court to request a modification of his conditions of release to permit him to travel outside of the Northern District of California, specifically, to Davis, California, for employment purposes. Mr. Warren will provide the specific dates and times of travel to his pretrial services officer before traveling.

Mr. Warren has been in compliance with all of his conditions of release, has maintained employment and continues to participate in drug counseling and testing.

Pretrial services officer K.J. Gibson does not opposed this modification. The government does not oppose this modification.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

February 14, 2013        /s/ Randy Luskey
DATED                    RANDY LUSKEY
                         Assistant United States Attorney


February 14, 2013        /s/ Davina Pujari
DATED                    DAVINA PUJARI
                         Counsel for Defendant

In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions of release shall be modified such that the defendant shall be permitted to travel outside of the Northern District of California to Davis, California for the purpose of employment. The defendant shall provide information to his pretrial services officer about his dates and times of travel before traveling. All other conditions of release shall remain in place.

February 22, 2013        _____
DATED                    LAUREL BEELER
                         United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
U.S.D.C Case No. CR 12-00545 JSW (LB)

2

1108684.1-DXP